Philip C. Stone, Appellant, v. Hyman Jacobson, Engaged in Business under the Assumed Name and Style of Wilson Bros., Respondent.— Motion for leave

to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.